KENNETH F. LEMOINE, JR. *v.* JAMES F. MCCANN

The plaintiff's petition for certification for appeal from the Appellate Court, 40 Conn. App. 460 (AC 14741), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.